# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160719(19)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SONDRA HARDY,
       Plaintiff-Appellant,
and

STACI HAAG,
       Plaintiff,

v

SECRETARY OF STATE and DIRECTOR
OF ELECTIONS,
       Defendants-Appellees.

SC: 160719
COA: 351694

_____/

On order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 27, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2019        

Clerk